CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br> Plaintiff, <br> v. <br> **Directbuy Home Improvement, Inc.,** a Delaware Corporation; and Does 1-10, <br> Defendants. | Case Number: <br><br> **Certification of Interested Entities or Persons** <br><br> **Civil L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 4, 2020         CENTER FOR DISABILITY ACCESS

                                 By: *(signature)*

                                 _____
                                 Russell Handy, Esq.,
                                 Attorneys for Plaintiff